UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 08-857 (DRD) |
| JAYSON MALDONADO | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant Jayson Maldonado (John Whipple, Esq. appearing) having been charged with a violation of 21 U.S.C. Section 841(a)(1) and 846, and 18 U.S.C. Section 1956(a)(1) and 1956(h), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from June 18, 2009 through August 18, 2009 to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 29th day of April, 2009

ORDERED that this action be, and it hereby is, continued from June 18, 2009 through August 18, 2009.

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order For Discovery and Inspection dated shall be stayed as follows:

ORDERED that:

1. Defendants shall file pretrial motions on or before **July 10, 2009**

2. The Government shall respond to such motions on or before **July 24, 2009**

3. The return date for pretrial motions shall be **August 11, 2009** and

5. Trial shall commence on **August 18, 2009** at 10:00 a.m.

IT IS FURTHER ORDERED that the period from June 18, 2009 through August 18, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE